UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
MAR 0 7 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 08cr 78-KSF

UNITED STATES OF AMERICA                                    PLAINTIFF

V.        **MOTION OF UNITED STATES
          FOR ISSUANCE OF ARREST WARRANT**

TIMOTHY SCOTT RICHERSON                                     DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, TIMOTHY SCOTT RICHERSON, returnable forthwith.

Respectfully submitted,

JAMES A. ZERHUSEN
ACTING UNITED STATES ATTORNEY

By: _____
Hydee R. Hawkins
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4881
FAX (859) 233-2658
Hydee.Hawkins@usdoj.gov