PROB 12A
(05/2015)

Eastern District of Kentucky
# FILED

**United States District Court
for the
Eastern District of Kentucky at Ashland**

OCT 0 7 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## Report on Offender Under Supervision

Name of Offender:   Timothy Scott Richerson                   Case Number:   08-CR-00078

Name of Sentencing Judicial Officer:   The Honorable Danny C. Reeves, U.S. District Judge

Date of Original Sentence:   October 31, 2008

Original Offense:   Coercion and Enticement of a Minor by a Facility and Means of Interstate Commerce to Engage in Criminal Sexual Activity.

Original Sentence:   120 Month Term of Imprisonment to be followed by a Lifetime Term of Supervised Release

Type of Supervision:   Supervised Release          Date Supervision Commenced:   September 20, 2016

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance
1               Special Condition #9: The defendant shall not possess or use a computer or any device with access to any on-line computer service at any location including place of employment, without the prior written approval of the probation officer. This includes an Internet Service provider, bulletin board system, or any other public or private network or e-mail properly.


U.S. Probation Officer Action:

On September 6, 2016, this officer met with Richerson and discussed his conditions of release and the possibility for a transfer to the Western District of Kentucky (WD/KY).

On September 19, 2016, this officer received notification from U.S. Probation Officer Todd Mousty that the WD/KY would accept supervision of Richerson's case upon his release from Residential Reentry Center (RRC).

On September 20, 2016, Richerson began his term of supervised release in the WD/KY.

On October 4, 2016, this officer received a Violation Notice/Request for Transfer of Jurisdiction letter from U.S. Probation Officer, Todd P. Mousty with the WD/KY. According to Officer Mousty, during Richerson's initial office visit he was found to be in possession of an IPhone. A search of the IPhone revealed that Richerson had been accessing the internet, and did have pictures of children (family members) on the phone. The phone has been seized.

Officer Mousty is not recommending any action be taken due to phone search not revealing any new law violations. Additionally, WD/KY is requesting transfer of jurisdiction so that special conditions can be modified in the

The Honorable Danny C. Reeves, U.S. District Judge
October 7, 2016
Page 2
RE: Richerson, Timothy Scott
Dkt. # 08-CR-78-1_KSF
Report on Offender Under Supervision

WD/KY, to better monitor Richerson and address any future violations in the district where he resides. Officer Mousty's letter has been attached to this report for the Court's review.

This officer relays to the Court, Officer Mousty's recommendation. It is this officer's recommendation to allow Richerson to transfer his supervision to the Western District of Kentucky and start in sex offender treatment there as he has no ties to the Eastern District of Kentucky.

If your Honor grants the no action request and approves of a transfer of jurisdiction, this officer will initiate the paperwork for transfer, immediately. Should your Honor desire Court Action this officer will prepare a 12C (Request for Warrant or Summons) upon request.

Respectfully submitted,

Michael D. Jones

Michael D. Jones
U.S. Probation Officer
Date: 10/7/2016

☒ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

October 7, 2016
Date